IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANGEL RIVERA, #285465, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 2:14-cv-0217-MEF |
| | )           (WO) |
| CHRISTOPHER GORDY, *et al.*, | ) |
| | ) |
| Respondents. | ) |

# **O R D E R**

On April 8, 2014, the Magistrate Judge filed a Recommendation (Doc. #4) in this case.  On July 19, 2013, the petitioner filed a Reply to Magistrate's Report and Recommendation (Doc. #4) stating that he had no objections to the Report and Recommendation.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The petition for habeas corpus relief filed pursuant to 28 U.S.C. § 2254 is DISMISSED.

DONE this the 28th day of April, 2014.

                              /s/ Mark E. Fuller
                              UNITED STATES DISTRICT JUDGE